IN THE UNTIED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CRAIG CUNNINGHAM, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> CONSTAR FINANCIAL SERVICES, LLC, ) <br> ) <br> Defendant. ) | Case No. 3:15-cv-00168 <br> Senior Judge Haynes |

## O R D E R

Before the Court is the parties' stipulation of dismissal of all claims pending in this action. (Docket Entry No. 16). Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action is **DISMISSED with prejudice**. Each party shall bear its own costs and fees.

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the 9th day of July, 2015.

WILLIAM J. HAYNES, JR
Senior United States District Judge